IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

LABORERS' DISTRICT COUNCIL
OF OHIO OF THE LABORERS'
INTERNATIONAL UNION OF
NORTH AMERICA, AFL-CIO,
LOCAL 639,

      Plaintiff,

  vs.                            Civil Action 2:05-CV-418
                                 Judge Smith
                                 Magistrate Judge King

PARTITIONS INCORPORATED
OF WEST VIRGINIA,

      Defendant.

## ORDER

      Plaintiff has filed a motion for default judgment and evidentiary hearing. Doc. No. 5. That motion is **DENIED**.

      Plaintiff is **DIRECTED** to file a motion for entry of default, *see* F.R. Civ. P. 55(a), and a motion for entry of default judgment, *see* F.R. Civ. P. 55(b)(2), supported by appropriate evidentiary materials.

                                             s/George C. Smith
                                       George C. Smith, Judge
                                      United States District Court